No. 432. THE PEOPLE v. GONZÁLEZ.—Appeal from the District Court of Mayagüez. Decided May 22, 1912. Judgment affirmed. *Mr. Alfredo Arnaldo* for appellant. *Mr. Charles E. Foote, fiscal,* for respondent.

No. 433. THE PEOPLE *v.* MAUNÉ.—Appeal from the District Court of Humacao. Decided May 22, 1912. Judgment affirmed. *Mr. Francisco González* for appellant. *Mr. Charles E. Foote, fiscal,* for respondent.

No. 278. EX PARTE CAUTIÑO.—Motion for approval of notarial surety bond. Decided May 22, 1912. Personal bond executed by Manuel González and Genaro Cautiño February 7, 1912, before the notary of Guayama, Tomás Bernardini de la Huerta, approved. The petitioner appeared *per se.*

No. 342. EX PARTE LÓPEZ.—Motion for approval of notarial surety bond. Decided May 22, 1912. Personal bond executed by Enrique and Arturo Bird Arias May 16, 1912, before the notary of Fajardo, Angel García Veve, approved. The petitioner appeared *per se.*

No. 24. EX PARTE VÍAS OCHOTECO.—Proceedings for the cancellation and return of the surety bond furnished as registrar of property. Decided May 23, 1912. Bond furnished by Attorney Juan Vías Ochoteco for the faithful performance of his duties as Registrar of Property of Caguas, canceled. The petitioner appeared *per se.*